IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CLAUDIA CAVAZOS AND | § | |
| ROSANNA CAVAZOS | § | |
|   Plaintiffs | § | |
| | § | CIVIL ACTION NO. 7:16-cv-00576 |
| VS. | § | JURY DEMANDED |
| | § | |
| SUSSEX INSURANCE COMPANY AND | § | |
| BRIAN RING | § | |
|   Defendants | § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFFS

Plaintiffs and Defendants Sussex Insurance Company and Brian Ring file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Claudia Cavazos and Rosanna Cavazos, Defendants are Sussex Insurance Company and Brian Ring.

2. On August 16, 2016, Plaintiffs sued Defendants in the County Court at Law Number 7, Hidalgo County, Texas, Cause No. C-16-3269-G.  On September 19, 2016, Sussex Insurance Company and Brian Ring filed their Original Answer.  On September 29, 2016, Sussex Insurance Company filed its Notice of Removal.

3. On or about January 19, 2017, the parties settled this case.  As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled.  Plaintiffs now move to dismiss the suit against Defendants.

4. Defendants agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted

By:    /s/ Mikell A. West
Mikell A. West
Attorney-in-charge
State Bar No. 24070832
Southern Dist. No. 1563058
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001
mwest@gnqlawyers.com

**ATTORNEY FOR DEFENDANT SUSSEX INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas, 78466
Telephone: (956) 618-0628
Fax: (956) 618-0670

Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com

Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com

          By:     */s/Cristobal M. Galindo\**
          Cristobal M. Galindo, P.C.
          State Bar No. 24026128
          4151 Southwest Freeway, Suite 602
          Houston, Texas 77027
          Telephone: (713) 228-3030
          Telecopier: (713) 228-3003
          StormCase@galindolaw.com
          **COUNSEL FOR PLAINTIFFS, CLAUDIA CAVAZOS AND ROSANNA CAVAZOS**
          *\*Signed with permission*

## CERTIFICATE OF SERVICE

      I certify that on April 5, 2017, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiffs, Claudia and Rosanna Cavazos, via electronic filing or regular mail:

Cristobal M. Galindo
Cristobal M. Galindo, P.C.
Email: StormCase@galindolaw.com
 **VIA E-FILING**

           /s/Mikell A. West
           Mikell A. West